Kelli D. Burritt, Esq. SBN: 192397
Rachael E. Sauer, Esq. SBN : 308549
WINER, McKENNA & BURRITT LLP
21700 OXNARD STREET, SUITE 2070
WOODLAND HILLS, CALIFORNIA 91367
TEL (818) 697-6201
FAX (877) 641-0824

John D. Winer, Esq. SBN: 091078
Alexis S. McKenna, Esq., SBN: 197120
WINER, McKENNA & BURRITT, LLP
1999 HARRISON, SUITE 600
OAKLAND, CALIFORNIA 94612
TEL (510) 433-1000
FAX (510) 433-1001

Attorneys for Plaintiff KARISSA FENWICK

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARISSA FENWICK, an individual;<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA; ERICK G. GUERRERO; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: CV 17-8673 MRW<br><br>[PROPOSED] ORDER |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Plaintiff's Motion to Remand is GRANTED.

1

IT IS HEREBY ORDERED that Plaintiff's action shall be remanded to California Superior Court, County of Los Angeles.

IT IS SO ORDERED.

Date: August 22, 2018                    /s/ Judge Wilner
                                         _____
                                         HONORABLE MICHAEL R. WILNER
                                         Magistrate Judge, Central District of California

## PROOF OF SERVICE

I am a citizen of the United States and am employed in the Los Angeles County, California. My business address is 21700 Oxnard Street, Suite 2070, Woodland Hills, CA 91367. I am over the age of eighteen (18) years and am not a party to the within action.

On July 24, 2018, I hereby certify that I electronically filed the foregoing document described/listed below with the Clerk of the Court for the United States District Court, Central District of California. Participant(s) in the case who are registered users will be served by the CM/ECF system, electronically transmitted. I also served the foregoing document(s) described as: **[PROPOSED] ORDER**

| | |
|---|---|
| **Attorney for Defendant Erick Guerrero:**<br>Mark M. Hathaway<br>Jenna E. Eyrich<br>Werksman, Jackson Hathaway & Qiunn<br>888 West Sixth Street, Fourth Floor<br>Los Angeles CA 90017<br>213-688-0460<br>213-624-1942 Fax<br>mhathaway@werksmanjackson.com<br>jenna@werskmanjackson.com | |

- **Courtesy Copy By U.S. Mail:** By depositing for collection and mailing, following the business practice at my place of business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed, with postage fully prepaid, will be deposited with the United States Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 24, 2018, at Woodland Hills, California

_____
Tia Jones